STATE OF OREGON,
*Appellant,*

*v.*

LUCILO ROMERO BARAJAS,
*Respondent.*

(920534889; CA A75949)

873 P2d 344

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General.

Peter Gartlan, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

James A. Palmer filed a brief *amicus curiae* for Sexual Abuse Victims' Advocates.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *State v. Cookman*, 127 Or App 283, 873 P2d 335 (1994).